JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMENUI CHAKARDJIAN, individually, and as Guardian ad Litem for VARTOUK CHAKARDJIAN and TINA CHAKARDJIAN; SIMON CHAKARDJIAN, an individual;<br><br>Plaintiffs,<br><br>vs.<br><br>STATE FARM GENERAL INSURANCE COMPANY, an Illinois Corporation, authorized to do business in the State of California; and DOES 1 through 100, inclusive;<br><br>Defendants. | No. 2:14-cv-09677-CAS-JPR<br><br>[~~PROPOSED~~] ORDER OF REMAND TO THE SUPERIOR COURT OF CALIFORNIA COUNTY OF LOS ANGELES AND STIPULATION RE ENTRY OF JUDGMENT LIMITED TO $75,000 EXCLUSIVE OF COSTS AND INTEREST |

Good cause having been shown therefor,

IT IS HEREBY ORDERED that the within action be remanded to the Superior Court of California for the County of Los Angeles forthwith.

ORDER
C:\Users\cjeang\AppData\Local\Temp\notesC7A056\ORDER ON STIPULATION REMAND TO SUPERIOR COURT.doc

IT IS FURTHER ORDERED that entry of judgment in the within action or upon its remand to the Superior Court of California for the County of Los Angeles shall exclusive of costs and interest be limited to the sum of $75,000 and that any verdict by the jury or decision by the trial court which exceeds the sum of $75,000 shall upon the entry of judgment be reduced to $75,000 exclusive of costs and interest.

IT IS FURTHER ORDERED that defendant State Farm General Insurance Company shall have 30 days within which to respond to the complaint upon the order or remand being filed by this court.

DATED:_January 22, 2015____

*Christina A. Snyder*

JUDGE OF THE UNITED STATES
DISTRICT COURT FOR THE CENTRAL
DISTRICT OF CALIFORNIA

Presented by:

SHAVER, KORFF & CASTRONOVO LLP

By __/s/ Tod M. Castronovo_____
       TOD M. CASTRONOVO
Attorneys for Defendant STATE FARM GENERAL
INSURANCE COMPANY

ORDER
C:\Users\cjeang\AppData\Local\Temp\notesC7A056\ORDER ON STIPULATION REMAND TO SUPERIOR COURT.doc